# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

HongKong Yueqi Tech Limited

    Plaintiff,

v.

Case No.: 1:25−cv−06490

Honorable Andrea R. Wood

The Individuals, Partnerships and Unincorporated Associations Identified on Schedule A

    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2025:

    MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 8/28/2025. As stated on the record, Plaintiff's motion for entry of a preliminary injunction [17] is entered and continued. Any opposition to Plaintiff's motion for preliminary injunction shall be filed by 9/3/2025. The Temporary Restraining Order will remain in place as to all Defendants until resolution of the motion for entry of preliminary injunction. Any party aggrieved by the continued temporary restraint may petition the Court for relief on an expedited basis. Telephonic status and motion hearing set for 9/5/2025 at 9:45 AM. The call−in number is (650) 479−3207 and the access code is 1808131170. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.